IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DIANE E. FRITSON,                    )
                                     )
                Plaintiff,           )        Civil Case No. 05-6313-ST
                                     )
        vs.                          )        ORDER
                                     )
JO ANNE B. BARNHART,                 )
Commissioner of Social Security,     )
                                     )
                Defendant.           )


    Kathryn Tassinari
    Robert A. Baron
    Harder Wells Baron & Manning, P.C.
    474 Willamette Street, Suite 200
    Eugene, Oregon  97401

        Attorney for Plaintiff

    Karin J. Immergut
    United States Attorney
    District of Oregon


Page 1 - ORDER

Neil J. Evans
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon  97204

Michael McGaughran
Franco L. Becia
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 2900
M/S 901
Seattle, Washington  98104-7075

      Attorneys for Defendant


KING, Judge:

The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and Recommendation on December 7, 2006.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#17).

IT IS HEREBY ORDERED that the decision of the Commissioner is REVERSED and the case is REMANDED for calculation and an award of benefits.

Dated this _____19th_____ day of January, 2007.


       /s/ Garr M. King_____
      Garr M. King
      United States District Judge


Page 2 - ORDER